**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
      W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES of the REFRIGERATION, AIR CONDITIONING & SERVICE DIVISION (UA-NJ) PENSION FUND, et. al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MECHANICAL SYSTEMS SERVICE, INC.,<br><br>*Defendant*. | Case No: 3:20-cv-07823-BRM-DEA<br><br>*Civil Action*<br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this __12th__ day of _____May_____ 2021;

**IT IS ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Mechanical Systems Service, Inc. the sum of **$53,597.91**, less payments received, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and for the reasons set for on the record 11 May 2021;

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Brian R. Martinotti, U.S.D.J.